COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Parke Dudley, individually and d/b/a/ Dudley's Remodeling

Appellate case number:   01-19-00705-CV

Trial court case number:  2019-17296

Trial court:            55th District Court of Harris County

The relator, Parke Dudley, individually and d/b/a Dudley's Remodeling, filed a petition for a writ of mandamus seeking to compel the trial judge to vacate the trial court's September 16, 2019 order expunging relator's notice of lis pendens. With his petition, relator also filed an Emergency Motion for Temporary Relief seeking to stay the trial court's September 16, 2019 order pending disposition of his mandamus petition. Relator subsequently filed a Supplemental Emergency Motion for Immediate Temporary Relief, raising for the first time that certain real property, which is purportedly the subject of the underlying action, has recently been placed under contract for sale. Both Relator's original and supplemental emergency motions for temporary relief contain the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a).

The Court DENIES the relator's emergency motion for temporary relief and supplemental emergency motion for immediate temporary relief.

It is so ORDERED.

Judge's signature: ___/s/ Evelyn V. Keyes_____
                     ☑ Acting individually    ☐ Acting for the Court

Date: ___October 15, 2019___